AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 16- 6490mJ |
| Trinidad Espinoza-Valdez | ) | |
| 209 137 790 | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

### Count 1:

On or about November 1, 2016, at or near Casa Grande, in the County of Pinal, in the District of Arizona, Trinidad Espinoza-Valdez, knowing and with reckless disregard of the fact that certain aliens, Jose Jauregui-Lagunas, Jose Luis Lima-Gonzalez, and Miguel Angel Zamora-Flores had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii).

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

REVIEWED BY: AUSA Margaret Perlmeter for SAUSA David Whipple

Signature of Complainant
Paul M. Ford
U.S. Border Patrol Agent

Sworn to before me and subscribed in my presence, November 3, 2016, at Phoenix, Arizona.

Signature of Judicial Officer
Honorable David K. Duncan
United States Magistrate Judge

## STATEMENT OF PROBABLE CAUSE

I, Paul M. Ford, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Border Patrol Agent with U.S. Border Patrol, U.S. Customs and Border Protection. I have learned about this investigation and the facts contained therein from direct participation in the investigation and from the reports and communications of other agents.

2. On November 1, 2016 at approximately 3:20 PM, Border Patrol Agents (BPA) Jarred Fagerlie and James Overstreet were assigned to processing and local response, when a report was put out that Arizona Department of Public Safety (DPS) was in custody of thirteen individuals suspected of being illegal aliens on I-10, mile marker 194. Upon arrival, DPS Officer G. Andersen informed BPA Overstreet and Fagerlie that he had stopped a white 2004 Dodge Ram truck for improper tint on the windows. Officer Andersen issued the driver, Trinidad Espinoza-Valdez, a warning citation after measuring the left front window at eleven percent. Officer Andersen stated that there were six individuals in the cab of the truck (including the driver), and seven individuals hiding beneath the hard cover on the bed of the truck.

3. BPA Fagerlie and Overstreet questioned the thirteen individuals and determined that they were all present in the United States illegally without proper documentation. The driver was placed under arrest for criminal alien smuggling. All individuals were taken into custody at approximately 3:30 PM, and transported to the Casa Grande Border Patrol Station for further processing. The vehicle was seized per Phoenix

1

Prosecution Guidelines.

4. On November 1, 2016 at approximately 5:37 PM, Trinidad Espinoza-Valdez was advised of his Miranda Rights by BPA Fabian Sanchez and witnessed by BPA James Overstreet.   Espinoza-Valdez was willing to make a statement without a lawyer present and was interviewed by BPA Sanchez.

5. Espinoza-Valdez stated that he was coming back from Tucson to Phoenix when he received a phone call from his friend Albert, asking him for a favor. Albert asked him to pick up four people off an I-10 exit after milepost 200 and that someone would wave him down on that road as he drove southbound. According to Espinoza-Valdez, a male came out of the desert as he drove down, and when he pulled over, several more people came out to the road. Espinoza-Valdez stated this upset him because he was only supposed to drive four people to Phoenix. Espinoza-Valdez stated that he knew his passengers were illegal aliens. He was supposed to get gas money from one of them for driving up to Phoenix and someone in the group was going to tell him where to drop them off.

6. On November 1, 2016 at approximately 8:39 PM, Jose Jauregui-Lagunas was interviewed as a material witness by BPA Ricardo Renteria and witnessed by BPA Victor Trinidad. The interview was video recorded at the Casa Grande Border Patrol Station. Jauregui-Lagunas freely admitted to being a citizen and national of Mexico who does not possess any immigration documents, pending or otherwise, that would allow him to enter into, pass through or remain in the United States legally.

7. Jauregui-Lagunas stated that he made arrangements in Caborca, Mexico, to be smuggled to Phoenix, Arizona. Jauregui-Lagunas stated that he made his smuggling arrangements with a foot guide, who only went by the moniker of "El Pallaso". Jauregui-Lagunas stated that he was charged $1,000.00 MXN Pesos up front and would have to make an additional payment when he arrived in Phoenix. Jauregui-Lagunas stated that he was placed in a group with eleven other individuals, taken to the International Border of the United States where "El Pallaso" guided the group for fifteen days. On the fifteenth day, the group reached a location near Casa Grande, Arizona. "El Pallaso" then left the group to return back to Mexico, while the rest of the group continued alone.

8. Jauregui-Lagunas stated that they reached a road and flagged down a white pickup truck. The driver, later identified as Trinidad Espinoza-Valdez, agreed to transport the group to Phoenix and told the group to climb inside the bed of the truck, under a bed cover. Espinoza-Valdez opened the bed and lifted the cover so he [Jauregui-Lagunas] and several others could climb into the bed. Not everyone fit in so a few rode inside the cab of the truck. Jauregui-Lagunas stated that Espinoza-Valdez drove until the truck was pulled over by the police. When the officer found the subjects under the bed cover, he contacted Border Patrol.

9. Jauregui-Lagunas was shown a photo lineup consisting of six subjects and identified the subject in photo number four [Espinoza-Valdez] as the driver of the pickup truck who was transporting the group. Jauregui-Lagunas then circled Espinoza-Valdez's

photo and placed his initials under it.

10. On November 1, 2016, at approximately 9:05 PM, Jose Luis Lima-Gonzalez was interviewed as a material witness by BPA Victor Trinidad and witnessed by BPA Ricardo Renteria. The interview was recorded at the Casa Grande Border Patrol Station. Lima-Gonzalez freely admitted to being a citizen and national of Mexico who does not possess any immigration documents, pending or otherwise, that would allow him to enter into, pass through or remain in the United States legally.

11. Lima-Gonzalez stated that he crossed the international boundary into the United States approximately fifteen days ago. He travelled to Sonoita, Sonora, Mexico where he met a foot guide known as El Pallaso. El Pallaso told Lima-Gonzalez that he would smuggle him into the United States for $2,000.00 USD, and that he would pay once he arrived to his destination.

12. Lima-Gonzalez stated that he and twelve other people, including El Pallaso, entered the United States and walked together for approximately fifteen days. On the morning of the fifteenth day, El Pallaso called someone and informed the group that they were close to the spot where the group would be picked up. Lima-Gonzalez stated that a white truck drove up to their location and the driver got out and told the people in the group to get into the truck. The driver held up the cover of the truck bed and he [Lima-Gonzalez] along with others got inside. The driver did not make any stops before being pulled over by police.

13. Lima-Gonzalez was shown a photo lineup with six different photographs and

5

identified photo number four as the driver, Trinidad Espinoza-Valdez. Lima-Gonzalez stated that he remembers Espinoza-Valdez as the driver because of a scar on his cheek. Lima-Gonzalez circled Espinoza-Valdez's photo and placed his initials under it.

14. At 9:44 PM, Miguel Angel Zamora-Flores was interviewed as a material witness by BPA Victor Trinidad and witnessed by BPA Ricardo Renteria. The interview was recorded at the Casa Grande Border Patrol Station. Zamora-Flores freely admitted to being a citizen and national of Mexico who does not possess any immigration documents, pending or otherwise, that would allow him to enter into, pass through or remain in the United States legally. Zamora-Flores stated that he entered the United States approximately fifteen days ago. Similar to the others, Zamora-Flores travelled to Sonoita, Sonora, Mexico where he contacted a foot guide known as El Pallaso who agreed to smuggle him into the United States for $2,500.00 USD.

15. Zamora-Flores stated that he crossed the border with twelve other people, including El Pallaso. After fifteen days of walking, El Pallaso told the group that he had called someone to pick them up. El Pallaso then left the group and returned to Mexico. Zamora-Flores stated that the group waited for the vehicle to pick them up, but no one showed up. The group decided to keep on walking and was able to waive down a vehicle. Zamora-Flores stated that the vehicle that stopped to pick them up was a white truck being driven by a male. Someone from the group asked the driver if he would be willing to take them to Phoenix, AZ and the driver said, yes.

16. Zamora-Flores was shown a photo lineup with six different photographs, and

identified photo number four as the driver, Trinidad Espinoza-Valdez. Zamora-Flores circled Espinoza-Valdez's photo and placed his initials under it.

17. Based on the above stated facts, your affiant submits that there is probable cause to believe that on or about November 1, 2016, at or near Casa Grande, Arizona in the County of Pinal, in the District of Arizona, Trinidad Espinoza-Valdez, knowingly and with reckless disregard of the fact that certain aliens, Jose Jauregui-Lagunas, Jose Luis Lima-Gonzalez, and Miguel Angel Zamora-Flores, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).


_____
Signature of Complainant
Paul M. Ford
U.S. Border Patrol Agent


Sworn to and subscribed before me this 3rd day of November, 2016.

_____
Signature of Judicial Officer
Honorable David K. Duncan
United States Magistrate Judge

7